Jeffrey J. Lowe
**The Lowe Law Firm**
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314.678.3400
Facsimile: 314.678.3401
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To: | |
| *Martha Hallman, et al. v. Pfizer Inc. et al.* (06-0088 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Edward Vitt v. Pfizer Inc, et al.* (06-1900 CRB) | |
| *Madeline Perkins, et al. v. Pfizer Inc, et al.* (07-1192 CRB) | |
| *Glenda Barker, et al. v. Pfizer Inc, et al.* (07-3126 CRB) | |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| DATED: 1/15, 2010 | By: | *[signature]* Jeffrey J. Lowe |

The Lowe Law Firm
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314.678.3400
Facsimile: 314.678.3401

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| DATED: 1/27, 2010 | By: | *[signature]* |

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

*[signature]*

Hon. Charles R. Breyer
United States District Court

-2-